signing of this document," answered "no" on the SDS. *Id*. Once plaintiffs subsequently discovered a termite problem, they initiated a claim for innocent misrepresentation, which requires a showing that defendants: (1) made a false statement in a transaction with plaintiff, (2) without knowledge of that statement's falsity, (3) which statement actually deceived plaintiffs, and (4) on which plaintiffs detrimentally relied, with the benefit inuring to defendants. *United States Fidelity & Guaranty Co v Black*, 412 Mich 99, 116 (1981). However, the SDA provides that a seller is "not liable for any error, inaccuracy, or omission in any information delivered pursuant to this act if the error, inaccuracy, or omission was not within the personal knowledge of the transferor . . . ." MCL 565.955(1). Thus, because a claim for innocent misrepresentation requires that a defendant make a false statement *without knowledge* of its falsity, the Court of Appeals correctly held that innocent misrepresentation does not constitute a viable cause of action under the SDA. Whether defendants did or did not possess personal knowledge of the infestation is a matter not before this Court as a result of plaintiffs' abandonment of their fraudulent misrepresentation claim and their exclusive focus on their innocent misrepresentation claim. Reported below: 280 Mich App 397.

*Leave to Appeal Denied June 17, 2009:*

PEOPLE V THURMAN BELL, No. 137381; Court of Appeals No. 277896.
KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.

PEOPLE V QUILLEN, No. 137553; Court of Appeals No. 285613.
KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.

PEOPLE V LEANDER TAYLOR, No. 137871; Court of Appeals No. 274171.

PEOPLE V BRITTANY WALKER, No. 137886; Court of Appeals No. 284233.
KELLY, C.J. I would grant leave to appeal.

CALHOUN V BAISDEN, No. 137902; Court of Appeals No. 286453.
HATHAWAY, J. I would grant leave to appeal.

AMERISURE INSURANCE COMPANY V LAMSON, No. 137980; Court of Appeals No. 279588.
HATHAWAY, J. I would grant leave to appeal.

PEOPLE V STOKES, No. 138030; Court of Appeals No. 285585.
KELLY, C.J., and HATHAWAY, J. We would grant leave to appeal.

HOME OWNERS INSURANCE COMPANY V SELFRIDGE, No. 138157; Court of Appeals No. 280112.
HATHAWAY, J. I would grant leave to appeal.

PEOPLE V STEVENSON, No. 138192; Court of Appeals No. 289184.

PEOPLE V MOYER, No. 138208; Court of Appeals No. 279915.
KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.